IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02025-BNB

BRIAN EDMOND BATH,

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENTS SERVICE INC., A Minnesota Foreign Corporation,
KATHLEEN J. ZUREK, and
DOES 1-10, Inclusive,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to District Judge R. Brooke Jackson, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to District Judge R. Brooke Jackson, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M Tafoya.

DATED August 6, 2012, at Denver, Colorado.

                                                       BY THE COURT:

                                                       s/ Boyd N. Boland
                                                       United States Magistrate Judge